SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JULIA A. JONES
Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Telephone:   (202) 305-0436
Facsimile:    (202)305-0506

McGREGOR W. SCOTT
United States Attorney
EDMUND F. BRENNAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:   (916) 554-2766
Facsimile:    (916) 554-2900

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; AND CENTRAL ENVIRONMENTAL RESOURCE COUNCIL,<br><br>Plaintiffs,<br>v.<br>UNITED STATES FOREST SERVICE; and JACK TROYER, in his official capacity as Regional Forester, Intermountain Region, United States Forest Service,<br><br>Federal Defendants. | Case No. 2:05-CV-02590-WBS-GGH |

**FEDERAL DEFENDANTS'
SUBSTITUTION OF ATTORNEYS**

In accordance with Local Rule 83-182, the United States hereby respectfully requests to substitute Beverly F. Li and Jeffrey S. Dillen of the U.S. Department of Justice as counsel for Defendants.

DEFS' SUBSTITUTION
OF ATTORNEYS

All papers by U.S. Mail should be addressed as follows:

>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C.  20044-0663

Federal express and hand deliveries should be addressed to:

>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>601 D Street, NW
>Washington, D.C.  20004

Respectfully submitted this 16th day of February, 2006.

>SUE ELLEN WOOLDRIDGE
>Assistant Attorney General
>
>/s/ (signature electronically filed)
>JULIA A. JONES
>Trial Attorney
>U.S. Department of Justice
>Environment & Natural Resources Division
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone:    (202) 305-0436
>Facsimile:    (202) 305-0506
>Email:    Julia.Jones@usdoj.gov
>
>*Attorney for Defendants (withdrawing)*
>
>
>/s/ (signature electronically filed)
>BEVERLY F. LI
>Trial Attorney
>U.S. Department of Justice
>Environment & Natural Resources Division
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone:    (202) 353-9213
>Facsimile:    (202) 514-8865
>Email: beverly.li@usdoj.gov

DEFS' SUBSTITUTION
OF ATTORNEYS                              2

/s/ (signature electronically filed)
JEFFREY S. DILLEN
Trial Attorney (DC Bar 481439)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone:   (202) 305-0293
Facsimile:   (202) 514-8865
Email: jeffrey.dillen@usdoj.gov

*Attorneys for Defendants*


/s/ (signature electronically filed)
KENNETH PAUR
Assistant Regional Attorney
U.S. Department of Agriculture
Office of General Counsel
507 25th Street, Room 205
Ogden, Utah 84401-2450
Telephone:   (801) 625 5440

*On behalf of the U.S. Forest Service and Jack Troyer*


DATE: February 17, 2006            IT IS SO ORDERED


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Defs' Substitution of Attorneys                 3