David E. Newman, SBN 233263
Johanna H. Wald, SBN 43159
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA  94104
Tel: (415) 875-6100; Fax: (415) 875-6161
dnewman@nrdc.org; jwald@nrdc.org

Attorneys for Plaintiffs Natural Resources Defense Council;
Sierra Club; and Central Sierra Environmental Resource Center.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI, Trial Attorney
JEFFREY S. DILLEN, Trial Attorney
U.S. Dept. of Justice / Environ. & Natur. Resources Div.
P.O. Box 663, Washington, DC 20044-0663
Tel: (202) 353-9213 (Li); (202) 305-0293 (Dillen); Fax: (202) 514-8865

McGREGOR W. SCOTT
United States Attorney
EDMUND F. BRENNAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2766; Fax: (916) 554-2900

Attorneys for Federal Defendants.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE et al., <br><br> Defendants. | **No. 2:05-CV-02590-WBS-GGH** <br><br> **STIPULATED REQUEST FOR CONTINUANCE OF SUMMARY JUDGMENT BRIEFING** |

**STIPULATED REQUEST FOR CONTINUANCE OF SUMMARY JUDGMENT BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com

1       Plaintiffs Natural Resources Defense Council et al. (Plaintiffs) and Defendants United

2    States Forest Service et al. (Defendants) (collectively, the Parties) hereby stipulate and

3    respectfully request that the Court continue the summary judgment briefing schedule for two

4    weeks to allow the Parties to explore the possibility of settlement.  The Parties request that the

5    Court revise the current briefing schedule as follows:

6        Plaintiffs' Motion for Summary Judgment       June 19, 2006

7        Defendants' Combined Opposition and

8            Cross-Motion for Summary Judgment     July 14, 2006

9        Plaintiffs' Combined Reply and Opposition    July 28, 2006

10        Defendants' Reply                 August 11, 2006

11        Oral Argument                  August 21, 2006

12    The Parties will determine by June 2, 2006 whether they intend to pursue more formal settlement

13    discussions and may request a stay of summary judgment proceedings to allow for such

14    discussions to continue.

15        SO STIPULATED:

16    Dated: May 25, 2006        /s David E. Newman

17                            David E. Newman, SBN 233263

                                Johanna H. Wald, SBN 43159

18                            NATURAL RESOURCES DEFENSE COUNCIL

19

20                            Attorneys for Plaintiffs Natural Resources Defense Council;

                                Sierra Club; and Central Sierra Environmental Resource

21                            Center.

22

23    Dated: May 25, 2006        /s Beverly F. Li

                                SUE ELLEN WOOLDRIDGE

24                            Assistant Attorney General

                                BEVERLY F. LI

25                            JEFFREY S. DILLEN

                                Trial Attorneys

26                            U.S. Dept. of Justice/Environ. & Natur. Resources Div.

27

28                            Attorneys for Federal Defendants.

**STIPULATED REQUEST FOR CONTINUANCE OF SUMMARY JUDGMENT
BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com

1                                    **ORDER**

2          Pursuant to the stipulation of the Parties, the summary judgment briefing schedule is

3   HEREBY continued and the briefing schedule contained within the Case Management Order is

4   HEREBY revised as follows:

5          Plaintiffs' Motion for Summary Judgment              June 19, 2006

6          Defendants' Combined Opposition and

7               Cross-Motion for Summary Judgment              July 14, 2006

8          Plaintiffs' Combined Reply and Opposition           July 28, 2006

9          Defendants' Reply                                   August 11, 2006

10         Oral Argument                                       August 21, 2006

11  IT IS SO ORDERED.

12

13  Dated:  May 26, 2006

14  _____

15  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER FOR CONTINUANCE OF SUMMARY JUDGMENT BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com