David E. Newman, SBN 233263
Johanna H. Wald, SBN 43159
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 875-6161
dnewman@nrdc.org; jwald@nrdc.org

Attorneys for Plaintiffs

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI
JEFFREY S. DILLEN
Trial Attorneys
U.S. Department of Justice/ Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213; Fax: (202) 514-8865
beverly.li@usdoj.gov; jeff.dillen@usdoj.gov
MCGREGOR W. SCOTT
United States Attorney
EDMUND F. BRENNAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel.: (916) 554-2766; Fax: (916) 554-2900
ed.brennan@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL <u>et al.</u>, | No. 2:05-CV-02590-WBS-GGH |
| Plaintiffs, | |
| v. | |
| UNITED STATES FOREST SERVICE <u>et al.</u>, | **STIPULATED REQUEST TO STAY LITIGATION** |
| Defendants. | |

STIPULATED REQUEST TO STAY LITIGATION - 1

_____ )

Plaintiffs and Defendants ("the Parties") hereby stipulate and respectfully request that the Court stay the current litigation and all associated briefing deadlines and other obligations in order for the Parties better to discuss proposals to settle this case. Proposed legislation to designate as wilderness the Hoover Wilderness Addition in the Humboldt-Toiyabe National Forest has recently been introduced in Congress. See H.R. 5149, 109th Cong. (2006); S. 2567, 109th Cong. (2006). The Parties believe that the need for further briefing on the merits of this matter may be obviated if the legislation passes and the parties are able to negotiate a mutually agreeable settlement. Thus, the Parties seek an indefinite stay of the current litigation.

Under the present briefing schedule, Plaintiffs' motion for summary judgment is due June 19, 2006. Defendants' opposition and cross-motion for summary judgment are due July 14, 2006. Plaintiffs' opposition and reply are due July 28, 2006, and Defendants' reply is due August 11, 2006. Oral argument on the Parties' motions for summary judgment is scheduled for August 21, 2006. The proposed order would stay the above deadlines. The Parties are willing to provide the Court with joint status reports regarding the status of this matter on a periodic basis or as otherwise necessary.

Dated: June 2, 2006

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    JEFFREY S. DILLEN
    /s/   Beverly F. Li
    BEVERLY F. LI
    Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Div.
    P.O. Box 663

STIPULATED REQUEST TO STAY LITIGATION - 2

Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 514-8865

McGREGOR W. SCOTT
United States Attorney
EDMUND F. BRENNAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900
ed.brennan@usdoj.gov

Attorneys for Federal Defendants


/s/ David Newman
David E. Newman, SBN 233263
Johanna H. Wald, SBN 43159
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA  94104
Tel: (415) 875-6100
Fax: (415) 875-6161
dnewman@nrdc.org; jwald@nrdc.org

Attorneys for Plaintiffs Natural Resources Defense Council; Sierra Club; and Central Sierra Environmental Resource Center.

STIPULATED REQUEST TO STAY LITIGATION - 3

**ORDER**

This matter is before the Court on the Stipulated Request to Stay Litigation. Pursuant to the Parties' stipulation,

IT IS HEREBY ORDERED that the Parties' request is granted;

IT IS FURTHER ORDERED that the current litigation and all associated briefing deadlines are hereby STAYED until further order of this court:

AND IT IS FURTHER ORDERED that the file in this case be administratively closed, subject to its being reopened upon the written request of any party.

IT IS SO ORDERED.

Dated: June 12, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO STAY LITIGATION - 4