UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NATURAL RESOURCES DEFENSE COUNCIL, et al.,

       Plaintiffs,

  v.

UNITED STATES FOREST SERVICE, et al.,

       Defendants.
_____/

NO. CIV. S-05-02590 WBS GGH

GAINES, et al.,

       Plaintiffs,

  v.

JOHANNS, et al.,

       Defendants.
_____/

NO. CIV. S-07-00248 FCD GGH

RELATED CASE ORDER

----oo0oo----

       Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  The complaints in both cases challenge the Forest Service's recent land management decisions with respect to snowmobiling in the West Hoover Proposed Wilderness or Planning Area of the Humboldt-Toiyabe National Forest as unlawful under federal statutes including the National Environmental

1  Policy Act ("NEPA"), 42 U.S.C. §4321 *et seq.,* and the Wilderness
2  Act of 1964, 16 U.S.C. § 1131 *et seq.*  Accordingly, the
3  assignment of the matters to the same judge is likely to effect a
4  substantial saving of judicial effort and is also likely to be
5  convenient for the parties.  The parties should be aware that
6  relating the cases under Local Rule 83-123 merely has the result
7  that these actions are assigned to the same judge and the same
8  magistrate judge; no consolidation of the actions is effected.
9         IT IS THEREFORE ORDERED that the actions denominated
10 CIV. S-05-02590 WBS GGH, Natural Resources Defense Council, et
11 al. vs United States Forest Service, et al., and CIV. S-07-00248
12 FCD GGH Gaines, et al. vs Johanns, et al., should be, and the
13 same hereby are, deemed related and case denominated CIV. S-07-
14 00248 FCD GGH shall be reassigned to the Honorable WILLIAM B.
15 SHUBB for all further proceedings.  The Magistrate Judge Gregory
16 G. Hollows remains the same.  Henceforth the captions on all
17 documents filed in the reassigned case shall be shown as CIV. S-
18 07-00248 WBS GGH, and any dates currently set in the reassigned
19 case only are hereby VACATED.
20        IT IS FURTHER ORDERED that the Clerk of the Court make
21 appropriate adjustments in the assignment of civil cases to
22 compensate for this reassignment.
23        IT IS SO ORDERED.
24 DATED: June 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE