UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

        Plaintiffs,

   v.

UNITED STATES FOREST SERVICE,
et al.,

        Defendants.

NO. CIV. S-05-2590 WBS GGH

ORDER RE: MOTION FOR LEAVE TO TO FILE AMICUS CURIAE BRIEF

----oo0oo----

        Winter Wildlands Alliance ("WWA") and Snowlands Network ("Snowlands") move for leave to file an amicus curiae brief in support of plaintiffs' motion for summary judgment.  Defendants take no position on this motion.  (Docket No. 55.)

        The court finds that WWA and Snowlands' brief in support of plaintiffs' motion for summary judgment would be of assistance to the court in considering the motion.  WWA and Snowlands are therefore given leave to file the Brief of Amici

1

Curiae Winter Wildlands Alliance and Snowlands Network in Support of Plaintiffs' Motion for Summary Judgment.  Defendants may respond to this brief concurrently with their reply as set out in the parties' stipulation setting the briefing schedule on parties' cross-motions for summary judgment.  (May 15, 2007 Stipulation Order.)  No replies to the response may be filed.  The hearing on parties' cross-motions for summary judgment remains set for August 20, 2007, at 2:00 p.m.  The court will hear the oral arguments of the parties, as well as WWA and Snowlands, on the motions at that time.

IT IS SO ORDERED.

DATED: July 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE